

August 11, 2022

AMERICA FIRST LEGAL FOUNDATION
REED RUBINSTEIN
611 Pennsylvania Ave SE #231, Washington
Washington, D.C.  DC  20003  US

In Reply refer to
FOIA Control #:
2022-5862

Requester reference:

Dear Requester:

The Food and Drug Administration (FDA) has received your Freedom of Information Act (FOIA) request for records regarding:

I. Custodians a. Janet Woodcock b. Rick Bright c. Gary Disbrow d. Denise Hinton  II. Requested Records  The timeframe for each request is March 1, 2020, to September 1, 2020:  A. For all custodians, all records, including but not limited to email, texts, memoranda, and handwritten notes including the words "hydroxychloroquine" or "HCQ," or "early treatment," or "early (drug) treatment," or "remdesivir." ETC

We will respond as soon as possible and may charge you a fee for processing your request. If your informational needs change, and you no longer need the requested records, please contact us to cancel your request, as charges may be incurred once processing of your request has begun. For more information on processing fees, please see http://www.fda.gov/RegulatoryInformation/FOI/FOIAFees/default.htm.

Due to an increase in the number of incoming requests, we may be unable to comply with the twenty-working-day time limit in this case, as well as the ten additional days provided by the FOIA. The actual processing time will depend on the complexity of your request and whether sensitive records, voluminous records, extensive search, and/or consultation with other HHS components or other executive branch agencies are involved. Please note that requests for medical device approval records (e.g. 510K, PMA, DEN) may take up to 18 to 24 months to process.

If you have any questions about your request, please call Sarah B. Kotler,  Director, Division Of Freedom Of Information, at (301) 796-8976 or write to us at:
Food and Drug Administration
Division of Freedom of Information
5630 Fishers Lane, Room 1035
Rockville, MD 20857

If you call or write, use the FOIA control number provided above which will help us to answer your questions more quickly.

You also have the right to seek dispute resolution services from:

| Office of Government Information Services | and/or | FDA FOIA Public Liaison |
|---|---|---|
| National Archives and Administration | | Office of the Executive Secretariat |
| 8601 Adelphi Road – OGIS | | US Food Administration |
| College Park, MD 20740-6001 | | 5630 Fishers Lane, Room 1050 |
| Telephone:202-741-5770 | | Email: FDAFOIA@fda.hhs.gov |
| Toll-Free: 1-877-684-6448 | | |
| Email:ogis@nara.gov | | |
| Fax: 202-741-5769 | | |

Sincerely,

SARAH KOTLER
Director