DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

Refer to: Request Number **2022-01186-FOIA-OS**

**September 16, 2022**

*Sent via email:*
Reed Rubinstein
foia@aflegal.org

Dear Reed Rubinstein:

This acknowledges receipt of your **September 14, 2022** Freedom of Information Act (FOIA) request submitted to the Department of Health and Human Services FOI/Privacy Acts Division concerning *"FOIA about Ivermectin. See attached PDF.*
*I. Custodians*
*    a. Janet Woodcock*
*    b. Rick Bright*
*    c. Gary Disbrow*
*    d. Denise Hinton*

*II. Requested Records*
*We request the following records for the above four custodians during the timeframe of March 1, 2020, to August 1, 2021:*

*    A. All records, including but not limited to email, texts, memoranda, and handwritten notes, including the words "ivermectin," "early (drug) treatment," "early treatment," "remdesivir," or "horse." ...*

*(Date Range for Record Search: From 03/01/2020 To 08/01/2021)".*

We received your request on **September 14, 2022** and are referring it to the Food and Drug Administration (FDA) regarding (**Janet Woodcock** and **Denise Hinton**) and to the National Institutes of Health (NIH) regarding (**Rick Bright**) for direct response to you. Because HHS FOIA administration is decentralized, your request will be process in this office for **Gary Disbrow**.

Upon receipt, the FDA and NIH will log your request, and provide you with a new tracking number for your reference. You may check the status of your request with FDA at (301) 796-3900 or email: fdafoia@fda.hhs.gov and NIH at (301) 496-5633 or email nihfoia@od.nih.gov for assistance. With this Office using the above number **2022-01186-FOIA OS.**

If you are not satisfied with any aspect of the processing and handling of this request, you have the right to seek dispute resolution services from:

HHS FOIA/PA Public Liaison
FOI/Privacy Acts Division
Assistant Secretary for Public Affairs (ASPA)
Office of the Secretary (OS)
U.S. Department of Health and Human Services (HHS)
200 Independence Avenue, SW, Suite 729H
Washington, DC 20201

Telephone: (202) 690-7453
Fax: (202) 690-8320
E-mail: HHS_FOIA_Public_Liaison@hhs.gov

and/or:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Telephone: 202-741-5770
Toll-Free: 1-877-684-6448
E-mail: ogis@nara.gov
Fax: 202-741-5769

Sincerely,

Ray Noussoukpoe