# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br>      Plaintiff,<br>      v.<br>U.S. FOOD AND DRUG ADMINISTRATION, et al.,<br>      Defendants. | Civil Action No. 23-3680 (CKK) |

**ORDER**
(January 31, 2024)

This case comes before the Court upon the filing of Defendants' [5] Answer to Plaintiff's [1] Complaint. In light of this filing, it is this 31st day of January, 2024, hereby

**ORDERED**, that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. The schedule should address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. The parties shall file the schedule not later than **MARCH 15, 2024**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge