UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 23-3680 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated January 31, 2024, Plaintiff America First Legal Foundation and Defendants U.S. Food and Drug Administration ( "FDA") and U.S. Department of Health and Human Services (the "Department" and, with "FDA," the "Defendants"), by and through their respective counsel, submit the following joint status report in this action.

This is an action brought under the Freedom of Information Act ("FOIA") in which Plaintiff submitted three FOIA requests: two FOIA requests to the Department and FDA on August 8, 2022, seeking records largely relating to hydroxychloroquine (FOIA request 2022-01072-FOIA-OS and 2022-5862); and one FOIA request to the Department on September 14, 2022, seeking records largely relating to ivermectin (FOIA request 2022-01186-FOIA-OS)

The Department has completed the search for records potentially responsive to FOIA requests 2022-01072-FOIA-OS and 2022-01186-FOIA-OS and located approximately 9,872 potentially responsive pages. The Department expects to process 500 pages per month and issue its first production of responsive and non-exempt material on April 15, 2024.

FDA has completed the search for records potentially responsive to FOIA Request 2022-5862 and located approximately 55,000 potentially responsive pages. FDA expects to process 500

pages per month and make its first production of responsive and non-exempt material on or before April 30, 2024.

An *Open America* stay is not likely in this case. At this time, it is too soon to know whether a *Vaughn* index will be required or whether there will be any motion practice.

*   *   *

Based upon this estimated schedule, the parties propose to file another joint status report updating the Court on the status of any disputes, as well as propose a schedule for any further proceedings, on or before May 15, 2024.

Dated: March 15, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:/s/ Brian J. Levy
   BRIAN J. LEVY
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-6734

*Attorneys for the United States of America*

By:/s/ Brian J. Levy

/s/ Jacob Meckler
Andrew Block (D.C. Bar No. 90002845)
Jacob Meckler (D.C. Bar No. 90005210)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
 (972) 861-2132
Jacob.Meckler@aflegal.org

*Counsel for the Plaintiff America First Legal Foundation*