UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>   Defendants. | Civil Action No. 23-3680 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 20, 2024, Minute Order, Plaintiff America First Legal Foundation and Defendants U.S. Food and Drug Administration ("FDA") and U.S. Department of Health and Human Services (the "Department" and, with "FDA," the "Defendants"), by and through their respective counsel, submit the following joint status report in this action.

This is an action brought under the Freedom of Information Act ("FOIA") in which Plaintiff submitted three FOIA requests: two FOIA requests to the Department and FDA on August 8, 2022, seeking records largely relating to hydroxychloroquine (FOIA request 2022-01072-FOIA-OS and 2022-5862); and one FOIA request to the Department on September 14, 2022, seeking records largely relating to ivermectin (FOIA request 2022-01186-FOIA-OS).

Since the last status report (ECF No. 8), the Department made productions on May 16, 2024, and July 1, 2024 and the FDA made a production on May 31, 2024, and June 28, 2024. Defendants expect to make additional productions on a monthly basis.

As part of the processing of records, both the Department and the FDA have sent records out for consultation.

Pursuant to the Court's May 20, 2024 Minute Order, the next Joint Status Report in this case is due on Friday, September 13, 2024

Dated: July 15, 2024
    Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: */s/ Brian J. Levy*
    BRIAN J. LEVY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6734

*Attorneys for the United States of America*

By:/s/ Brian J. Levy

/s/ Jacob Meckler
Andrew Block (D.C. Bar No. 90002845)
Jacob Meckler (D.C. Bar No. 90005210)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
 (972) 861-2132
Jacob.Meckler@aflegal.org

*Counsel for the Plaintiff America First Legal Foundation*