UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 23-3680 (AHA) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 13, 2024, Minute Order, Plaintiff America First Legal Foundation and Defendants U.S. Food and Drug Administration ("FDA") and U.S. Department of Health and Human Services (the "Department" and, with "FDA," the "Defendants"), by and through their respective counsel, submit the following joint status report in this action.

This is an action brought under the Freedom of Information Act ("FOIA") in which Plaintiff submitted three FOIA requests: two FOIA requests to the Department and FDA on August 8, 2022, seeking records largely relating to hydroxychloroquine (FOIA request 2022-01072-FOIA-OS and 2022-5862); and one FOIA request to the Department on September 14, 2022, seeking records largely relating to ivermectin (FOIA request 2022-01186-FOIA-OS).

Since the last status report on May 13, 2025 (ECF No. 12), the Department issued its fourteenth interim response on May 14, 2025, fifteenth interim response on June 16, 2025, sixteenth interim response on July 16, 2025, and seventeenth interim response on August 15, 2025. FDA made productions on May 30, 2025, June 30, 2025, July 31, 2025, and August 29, 2025. Defendants expect to make additional productions on a monthly basis.

As part of the processing of records, both the Department and FDA have sent records out for consultation.

Pursuant to the Court's September 13, 2024, Minute Order, the next Joint Status Report in this case is due on Thursday, January 8, 2026.

Dated: September 10, 2025
        Washington, DC

>                          Respectfully submitted,
>
>                          JEANINE FERRIS PIRRO
>                          United States Attorney
>
>                          By: */s/ Brian J. Levy*
>                              BRIAN J. LEVY
>                              Assistant United States Attorney
>                              601 D Street, NW
>                              Washington, DC 20530
>                              (202) 252-6734
>
>                          *Attorneys for the United States of America*
>
>                          By: /s/ Jacob Meckler
>                          Andrew Block (D.C. Bar No. 90002845)
>                          Jacob Meckler (D.C. Bar No. 90005210)
>                          AMERICA FIRST LEGAL FOUNDATION
>                          611 Pennsylvania Avenue SE #231
>                          Washington, D.C. 20003
>                           (972) 861-2132
>                          Jacob.Meckler@aflegal.org
>
>                          *Counsel for the Plaintiff America First Legal Foundation*